UNITED STATES DISTRICT COURT
NORTHERN DISTIRCT OF FLORIDA

DEBORAH LAUFER, Individually,

      Plaintiff,

v.                                                                           Civil Action No:
                                                                                 1:19-cv-279-AW-GRJ

ASHTON, LLP.,

      Defendant.

_____/

SUMMONS IN A CIVIL ACTION

To:    ASHTON, LLP.,
         C/O A.R. Boccanfuso, Registered Agent
         1263 LaPaz
         Pensacola, FL 32506

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PHILIP MICHAEL CULLEN, III, ESQ.
621 S. FEDERAL HIGHWAY, STE 4
FT. LAUDERDALE, FL 33301
TELEPHONE: (954) 462-0600

14

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



JESSICA J. LYUBLANOVITS
CLERK OF COURT

Date: 11/14/2019

 s/A. Tinaya-Miller, Deputy Clerk

Signature of Clerk or Deputy