UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DEBORAH LAUFER,          )<br>                                          )<br>          Plaintiff,          )<br>                                          )<br>v.                                       )<br>                                          )   Case No. 1:19-cv-00279-AW-GRJ<br>ASHTON, LLP,                  )<br>                                          )<br>          Defendant.        )<br>                                          )<br>                                          ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, ASHTON, LLP, moves this Court for an Order extending the time it must serve its response to the Complaint of Plaintiff, DEBORAH LAUFER, up to and including January 13, 2019, based on the following:

1. Plaintiff filed this action against Defendant alleging it violated the Americans with Disabilities Act due to internet postings about rooms available at Defendant's motel.

2. Plaintiff served Defendant on December 2, 2019. (Doc.6). Unless the court extends the deadline, Defendant will be required to serve their responses to the Complaint on December 23, 2019. To properly respond to the Complaint, Defendant's counsel is analyzing issues related to Plaintiff's claims. Furthermore, the Parties are exploring the possibility of early resolution in this matter.

3. Under the Federal rule of Civil procedure 6(b)(1)(A), this Court is authorized to extend Defendant's response deadline to the Complaint "if a request is made before the original time or its extension expires." Defendant has filed its request timely under Rule 6(b).

Similarly, the local rules require Court approval to extend a deadline, even where, as here, the Parties stipulate to the extension of the deadline. N.D. Fla. Loc. R. 6.1.

4. Defendant submits that this request for an extension is brought in good faith and not for the purpose of undue delay, but in the interest of justice.

5. Based on the foregoing, Defendant respectfully requests an extension of time to respond to the Complaint up to and including January 13, 2020.

6. Counsel for the Plaintiff does not oppose the extension requested by Defendant.

**WHEREFORE**, Defendant, ASHTON, LLP, requests that this Court enter an Order extending the time within which it must serve its response to the Complaint up to and including January 13, 2020.

DATED: December 18, 2019.

Respectfully submitted,

By: /s/Jesse I. Unruh

Jesse I. Unruh, Esq. (Florida Bar No. 93121)
JET DOT LAW, PLLC
12249 Science Drive, Suite 155
Orlando, Florida 32826
Telephone: (407) 494-0135
jesse@jet.law

Attorney for Defendant | Ashton, LLP

### CERTIFICATE OF CONFERRAL

Pursuant to N.D. Fla. Loc. R. 7.1(B), counsel for ASHTON, LLP has conferred with counsel for Plaintiff, in a good faith effort to resolve by agreement the issues raised, and counsel for the Plaintiff consents to the relief sought by ASHTON, LLP herein.

/s/Jesse I. Unruh

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 18th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Philip M. Cullen III, Esq. at cullenIII@aol.com.

                                              /s/ Jesse Unruh
                                              Jesse Unruh

www.jet.law
Employment Attorneys